SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SEONG KIM (Cal. Bar No. 166604)
REBECCA EDELSON (Cal. Bar No. 150464)
    shkim@ sheppardmullin.com
    redelson@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  (310) 228-6161
Facsimile:  (310) 228-3940

Attorneys for Plaintiffs
ABS-CBN CORPORATION,
ABS-CBN FILM PRODUCTIONS, INC.,
and ABS-CBN INTERNATIONAL

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippines corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a Star Cinema, a Philippines corporation, and ABS-CBN INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DOES 1–10 inclusive d/b/a THE INDIVIDUALS, PARTNERSHIPS, OR BUSINESS ASSOCIATIONS ON SCHEDULE "A," inclusive,<br><br>    Defendants. | Case No. 2:16-cv-08031-PSG-JEM<br><br>**[~~PROPOSED~~] AMENDED FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Complaint Filed: October 27, 2016<br><br>Date: July 10, 2017<br>Time: 1:30 p.m.<br>Courtroom: 6A |

THIS MATTER having come before the Court upon Plaintiffs ABS-CBN Corporation's, ABS-CBN Film Productions, Inc. d/b/a Star Cinema's, and ABS-CBN International's (collectively, "ABS-CBN" or "Plaintiffs") Motion for Entry of Final Default Judgment against Defendants JOHN DOES 1–10 inclusive doing business as or operating the domain names listed on Schedule "A" hereto (the "Defendants"), and the Court having granted the Motion for Entry of Default and ABS-CBN having previously dismissed without prejudice all other defendants and claims not arising from the content on the websites using domain names listed on Schedule "A" hereto pursuant to Fed. R. Civ. Proc. R. 41(a)(1)(A)(i), does hereby;

ORDER AND ADJUDGE that Plaintiffs' Motion for Entry of Final Default Judgment against Defendants is GRANTED. Judgment is hereby entered in favor of Plaintiffs, and against Defendants, as follows:

1.  Permanent Injunctive Relief:

Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from intentionally and knowingly:

   a. advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works that currently exist or which exist in the future, including but not limited to those works identified on Exhibit A hereto (collectively, "Copyrighted Works");

   b. advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified, including but not limited to those identified on Exhibit B hereto, (collectively, the "ABS-CBN Marks");

c. using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' content or Copyrighted Works;

d. using any logo, and/or layout which may be calculated to falsely advertise content, services, or products of Defendants offered or promoted via the domain names identified hereto on Schedule "A" (the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

e. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

f. engaging in any act which is likely to falsely cause members of the trade and/or of the public to believe any content or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

g. using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, advertising, or distribution of any content or services by Defendants via the Subject Domain Names and/or any other website;

h. affixing, applying, annexing or using in connection with the promotion, distribution, or advertisement of any content or services, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' content or services offered by the Defendants via the Subject Domain Names and/or any other website or business, as being connected with Plaintiffs, or in any way endorsed by Plaintiffs;

i. otherwise unfairly competing with Plaintiffs;

| | | |
|---|---|---|
| 1 | j. | using the ABS-CBN Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under the Subject Domain Names; |
| | k. | effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above. |
| 2. | Additional Equitable Relief: | |
| | a. | In order to give practical effect to the Permanent Injunction, the Subject Domain Names identified on Schedule "A" hereto are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiffs' control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrars of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs; and |
| | b. | Upon Plaintiffs' request, the top-level domain (TLD) Registry for the Subject Domain Names identified on Schedule "A" hereto, within thirty (30) days of receipt of this Order, shall |

|   |   | cancel or place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted. |
|---|---|---|

3. Damages are awarded to the Plaintiffs to be paid by the Defendants pursuant to 17 U.S.C. § 504(c), for which let execution issue, as follows:
   a. $210,000.00 against Defendants doing business as filikula.com;
   b. $30,000.00 against Defendants doing business as pinoyteleserye.info;
   c. $30,000.00 against Defendants doing business as phtv.me;
   d. $30,000.00 against Defendants doing business as pinoyglobaltv.com;
   e. $30,000.00 against Defendants doing business as pinoyhdreplay.me a/k/a pinoyhdreplay.su;
   f. $30,000.00 against Defendants doing business as pinoymoviepedia.to;
   g. $30,000.00 against Defendants doing business as pinoystv.com;
   h. $30,000.00 against Defendants doing business as pinoyteleseryerewind.com; and
   i. $30,000.00 against Defendants d/b/a pinoytvpedia.com.

4. Plaintiffs are deemed the prevailing parties in this litigation.

5. Cost of suit are awarded to the Plaintiff to be paid by the Defendants in the amount of $400.00 pursuant to 15 U.S.C. § 1117(a) and 17 U.S.C. § 505.

6. Attorneys' fees are awarded to the Plaintiffs to be paid by the Defendants pursuant to 15 U.S.C. § 1117(a), 7 U.S.C. § 505, and Local Rule 55-3, for which let execution issue, as follows:
   a. $7,800.00 against Defendants doing business as filikula.com;
   b. $2,400.00 against Defendants doing business as pinoyteleserye.info;
   c. $2,400.00 against Defendants doing business as phtv.me;
   d. $2,400.00 against Defendants doing business as pinoyglobaltv.com;
   e. $3,000.00 against Defendants doing business as pinoyhdreplay.me a/k/a pinoyhdreplay.su;
   f. $2,400.00 against Defendants doing business as pinoymoviepedia.to;
   g. $2,400.00 against Defendants doing business as pinoystv.com;
   h. $2,400.00 against Defendants doing business as pinoyteleseryerewind.com; and
   i. $2,400.00 against Defendants doing business as pinoytvpedia.com.
7. Interest from the date this action was filed (October 27, 2016) shall accrue at the rates set forth in the memorandum attached hereto as Exhibit C.
8. This Court retains jurisdiction to enforce this Judgment and permanent Injunction.
9. The Clerk is directed to close this case.

///

///

10. All pending Motions are denied as moot.

IT IS SO ORDERED

DATED: 7/5/17

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented By:
July 3, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Seong H. Kim
    SEONG H. KIM

Attorneys for Plaintiffs
ABS-CBN CORPORATION, ABS-CBN FILM PRODUCTIONS, INC. D/B/A STAR CINEMA, and ABS-CBN INTERNATIONAL

# SCHEDULE "A"

# DEFENDANTS BY SUBJECT DOMAIN NAME

| Subject Domain Name |
| --- |
| filikula.com |
| pinoyteleserye.info |
| phtv.me |
| pinoyglobaltv.com |
| pinoyhdreplay.me |
| pinoyhdreplay.su |
| pinoymoviepedia.to |
| pinoystv.com |
| pinoyteleseryerewind.com |
| pinoytvpedia.com |
| pnoytv.online |

# EXHIBIT A

**Copyright Registrations:**

Movies

| Title of Work: | Registration Number: | Registration Date: |
|---|---|---|
| A Moment in Time | PA 1-895-745 | 5/28/2014 |
| A Second Chance | PA 1-965-375 | 12/08/2015 |
| Bride for Rent | PA 1-940-387 | 4/28/2015 |
| Beauty and the Bestie | PA 1-997-536 | 8/23/2016 |
| Crazy Beautiful You | PA 1-940-375 | 4/28/2015 |
| Dukot | PA 1-997-530 | 8/23/2016 |
| It Takes a Man and a Woman | PA 1-997-528 | 8/23/2016 |
| Maybe this Time | PA 1-940-383 | 4/28/2015 |
| The Achy Breaky Hearts | PA 1-997-529 | 8/23/2016 |
| The Trial | PA 1-942-399 | 5/18/2015 |
| You're My Boss | PA 1-941-932 | 5/11/2015 |
| Be My Lady, July 28, 2016 | PA 1-995-707 | 8/03/2016 |
| Doble Kara, July 28, 2016 | PA 1-995-722 | 8/03/2016 |

# EXHIBIT B

**Registered Trademarks:**

| Trademark | Registration Number | Registration Date | Class/Services |
|---|---|---|---|
| ABS-CBN | 2,334,131 | March 28, 2000 | IC 038 – television broadcasting services via satellite and cable |
| TFC | 3,733,072 | Jan. 5, 2010 | IC 038 – Cable television broadcast<br>IC 041 – television show production<br>and programming |

**Common Law Trademark:**

| Trademark |
|---|
|  |

SMRH:483345231.1

# **EXHIBIT C**

Pursuant to L.R. 58-7, Plaintiffs hereby submit the interest calculation below:

Plaintiffs' Motion for Entry of Default Judgment seeks $450,000 in statutory damages and $27,600 in attorneys' fees from Defendants, totaling $476,600 ("Default Amount Owed").

From the date the Court signs Plaintiffs' [Proposed] Final Default Judgment and Permanent Injunction, interest shall accrue on the Default Amount Owed at a rate of 1.21%, which rate was calculated in accordance with 28 U.S.C. § 1961(a). Such interest is calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

From the date this action was filed (October 27, 2016) until the date the Court signed Plaintiffs' [Proposed] Final Default Judgment and Permanent Injunction, pre-judgment interest accrued at a daily amount of $15.77, calculated based on the same interest rate as indicated above. Such pre-judgment interest totals $4,037.12.